# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER COOLEY, | : | |
| | | **Case No.: 1:21-CV-0798** |
| Plaintiff, | : | |
| | | **MOTION FOR LEAVE TO FILE** |
| -vs- | : | **SUPPLEMENTAL MEMORANDUM** |
| | | **AND SUPPORTING EVIDENCE** |
| Aevum Hotels, LLC. | : | **SUPPORTING MOTION FOR DEFAULT** |
| | : | **JUDGMENT** |
| Defendants. | | |
| | : | **The Honorable Michael R. Barrett** |
| | : | |

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM AND SUPPORTING EVIDENCE SUPPORTING MOTION FOR DEFAULT JUDGMENT**

Presently pending before the Court is Plaintiff's Motion for Default Judgment (Dkt. # 13). The motion is set for a hearing on July 7, 2022. In advance of the hearing, Plaintiff has prepared a supplemental memorandum, supporting declarations, and a proposed order, in order to streamline the hearing, or obviate the need for it entirely. Plaintiff seeks leave to submit the supplemental documents.

1

Respectfully submitted this 28th day of June, 2022

    /s/ Alexander Darr
    Counsel for Plaintiff
    Darr Law LLC
    1391 W 5th Ave, Ste 313
    Columbus, Ohio 43212
    614-465-3277
    Alex@Darr.Law

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 28th day of June 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Aevum Hotels, LLC by sending a copy via United States First Class Mail to Aevum Hotels, LLC's registered agent with the Ohio Secretary of State.

                              /s/ Alexander J. Darr
                              Alexander J. Darr (0087102)